671. CARTER *v.* CENTRAL OF GEORGIA RAILWAY COMPANY.

RUSSELL, J. There was no error in awarding a nonsuit. The evidence at most merely raises a suspicion or conjecture that the fire was caused by sparks from an engine which had passed. The evidence does not authorize a reasonable inference that the fire was set out by the defendant's engine. This case is controlled by *Harris* v. *Ga. Ry. & Elec. Co.*, 1 *Ga. App.* 714 (57 S. E. 1076); *G., J. & S. R. Co.* v. *Edmondson*, 101 *Ga.* 747 (29 S. E. 213); *Southern Railway Co.* v. *Myers*, 108 *Ga.* 166 (33 S. E. 917). *Judgment affirmed.*

Action for damages, from city court of Floyd county—Judge Hamilton. June 12, 1907.

Submitted November 25,—Decided December 9, 1907.

*M. B. Eubanks,* for plaintiff.

*J. Branham, G. E. Maddox,* for defendant.